UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR10-032-RSL |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| SHERMAN LEE DAVIS, | ) | |
| Defendant. | ) | |

Offense charged: Possession with Intent to Distribute Cocaine and Cocaine Base

Date of Detention Hearing: February 25, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER
PAGE 1

dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant has an extremely lengthy criminal record which includes numerous failures to appear and failures to comply with court orders, with resultant bench warrant activity. Most recently, defendant was accused of violating supervision in state court by utilizing a device to provide negative urinalysis results. He is associated with two alias names, three dates of birth, and two Social Security numbers.

3. Defendant poses a risk of nonappearance due to previous failures to appear, violations of supervision, and the fact that the instant offense was allegedly committed while defendant was on state supervision. Furthermore, defendant is unemployed, and contradictory information has been provided about his mental health and controlled substance use. He poses a risk of danger based on criminal history, including seven felonies.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of February, 2010.

Mary Alice Theiler
United States Magistrate Judge